**Simhah TAMAR, Plaintiff–Appellant,**

v.

**GEICO CASUALTY COMPANY; Geico Indemnity Company; Geico General Insurance Company; Government Employees Insurance Company, Defendants–Appellees.**

**No. 11–2395.**

United States Court of Appeals, Fourth Circuit.

Submitted: April 19, 2012.

Decided: April 24, 2012.

Simhah Tamar, Appellant Pro Se. Joel Jacob Borovsky, Jackson Lewis, LLP, Reston, Virginia; Bruce Stephen Harrison, Fiona W. Ong, Shawe & Rosenthal, LLP, Baltimore, Maryland, for Appellees.

Before NIEMEYER, SHEDD, and FLOYD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Simhah Tamar appeals the district court's order granting Defendants' motion for summary judgment and dismissing her employment discrimination suit. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *Tamar v. Geico Cas. Co.,* No. 1:10–cv–01067–CMH–IDD, 2011 WL 4961961 (E.D.Va. Oct. 18, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*